# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kelly Toys Holdings, LLC

                                  Plaintiff,

v.                                                     Case No.: 1:24−cv−04022

                                                          Honorable Steven C. Seeger

zekc, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for expedited discovery (Dckt. No. [14]) is hereby granted. Plaintiff's motion for electronic service of process (Dckt. No. [16]) is hereby granted. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.